1  THOMAS N. ABBOTT (State Bar No. 245568)
   ELENA K. KOUVABINA (State Bar No. 235918)
2  ekk@severson.com
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, California 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
7

8
                        UNITED STATES DISTRICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION
10

11
   DANIEL FELGER & ANDRENA                    Case No. 4:15-CV-03584-JSW
12 DIDONATO FELGER, individually, and on
   behalf of the general public,              **NOTICE OF WITHDRAWAL OF**
13                                            **COUNSEL ELENA KOUVABINA AND**
                 Plaintiffs,                  ~~[PROPOSED]~~ **ORDER PERMITTING**
14                                            **WITHDRAWAL**
          vs.
15
   WELLS FARGO BANK, N.A., EXPERIAN
16 INFORMATION SOLUTIONS, INC.,               Action Filed:      August 5, 2015
   EQUIFAX INFORMATION SERVICES,
17 LLC., & TRANS UNION LLC,

18               Defendants.

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 11-5, the undersigned Elena Kouvabina withdraws as counsel for Wells Fargo Bank, N.A., in the above-captioned matter due to leaving employment with Severson & Werson, P.C.  Thomas Abbott of Severson & Werson will continue to represent Wells Fargo.

DATED:  April 4, 2016

SEVERSON & WERSON
A Professional Corporation


By:    */s/ Elena K. Kouvabina*
            Elena K. Kouvabina

Attorneys for Defendant WELLS FARGO BANK, N.A.

**SO ORDERED.**

DATED:  __April 4_____, 2016


HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE